# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| AMERICAN INCOME LIFE INSURANCE COMPANY, | ) ) ) | Misc. Action No.: |
| Petitioner, | ) ) | Hon.: |
| v. | ) ) | |
| FFL ONYX, LLC | ) ) | |
| Respondent. | ) | |

## **INDEX OF EXHIBITS**

Exhibit A- Subpoena to Produce Documents

Exhibit B- Verified Return of Service