# EXHIBIT B

# VERIFIED RETURN OF SERVICE

Job # T233872

**Client Info:**

HUSCH BLACKWELL LLP
8001 Forsyth Boulevard
Suite 1500
Saint Louis, MO  63105

**Case Info:**

| | |
|---|---|
| **CLAIMANT:**<br>AMERICAN INCOME LIFE INSURANCE COMPANY<br>-versus-<br>**RESPONDENT:**<br>VALENTINO KALAJ; ET AL. | AMERICAN ARBITRATION ASSOCIATION<br>Court Date: 11/20/2023<br>County of Leon, Florida<br>Court Case # **01-23-0002-6899** |

**Service Info:**

**Received by MARY GREEN: on November, 9th 2023** at **01:56 PM**
**Service:** I Served **FFL Onyx, LLC ZenBusiness, Inc., as its registered agent**
With: **SUBPOENA TO PRODUCE DOCUMENTS; EXHIBIT A**
by leaving with **SADE BRYANT, BUSINESS SERVICE COORDINATOR**

**At Business 336 E. COLLEGE AVE. SUITE 301 TALLAHASSEE, FL 32301**
On **11/10/2023** at **01:20 PM**
**Manner of Service: CORPORATE LLC**
PURSUANT TO F.S. Ch. 48 & 49 and 608.463

I **MARY GREEN** acknowledge that I am 18 years or older, authorized to serve process, in good standing in the jurisdiction wherein the process was served, and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

*[signature]*

**MARY GREEN**
Lic # **243**

**ACCURATE SERVE OF TALLAHASSEE**
400 CAPITAL CIRCLE SE STE 18291
Tallahassee, FL 32301
Phone: (850) 519-5494

Our Job # **T233872**




1 of 1